IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

MINGHAO GAO                                                                      PETITIONER

VERSUS                                          CIVIL ACTION NO. 5:26-cv-395-DCB-BWR

MELLISSA B. HARPER, New Orleans Field
Office Director, Immigration and Customs
Enforcement and Removal Operations
("ICE/ERO"), et al.                                                          RESPONDENTS

ORDER

This matter is before the Court on pro se Petitioner Minghao Gao's (A# 221-391-433) Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241.  He is an immigration detainee currently housed at the Adams County Correctional Center in Natchez, Mississippi.  The Court finds that Petitioner must file a response and name the warden where he is detained as the respondent because his Petition [1] and Amended Petition [4] fail to do so.

The proper respondent is the "person having custody over the person detained." 28 U.S.C. § 2243.  "Whenever a § 2241 habeas petitioner seeks to challenge his present physical custody within the United States, he should name his warden as respondent and file the petition in the district of confinement." *Rumsfeld v. Padilla*, 542 U.S. 426, 428 (2004); *see Trump v. J.G.G.,* 604 U.S. 670, 672 (2025) (applying the district-of-confinement rule in an immigration detention habeas matter).  "[T]he proper respondent is the warden of the facility where the prisoner is being held, not the Attorney General or some other remote supervisory official."  *Id*. at 435.

1

Petitioner therefore is directed to name his current custodian—the Warden of the facility where he is detained—as the proper respondent. Accordingly, it is,

ORDERED AND ADJUDGED that Petitioner is directed to file a written and signed response **on or before August 28, 2026**, and state the name of his custodian—the Warden of the facility where he is detained—as the proper respondent.

IT IS FURTHER ORDERED that Petitioner shall file his written response with the Clerk, U.S. District Court, 501 E. Court Street, Suite 2.500, Jackson, MS 39201.

Petitioner is warned that his failure to fully comply with this order in a timely manner or failure to keep this Court informed of his current address as required by the notice of assignment [1-3] may result in the dismissal of this cause.

SO ORDERED, this 13th day of August, 2026.

s/ *Bradley W. Rath*
BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE